DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Frank Singh**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**, <br><br> Plaintiff, <br><br> v. <br><br> **MOUNTAIN VIEW CAR WASH, INC.**, as an entity and doing business as "Mountain View Car Wash", **SUDHIR S. DESAI, DEEPTI S. DESAI, JASHVANT K. DESAI, JAMES A. CASWELL**, and **DOES** 1-50, Inclusive, <br><br> Defendants. | Case No.: **5:20-cv-01912-JGB-KK** <br><br> **NOTICE OF DISMISSAL** <br><br> [Fed. R. Civ. P. 41] |

    **PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, pursuant to Federal Rules of Civil Procedure 41(a)(1). Plaintiff is also currently attempting to obtain the signature of Defendant, James A. Caswell, and will dismiss James A. Caswell upon obtaining his signature for his separate dismissal.

Date: January 18th, 2022                  /s/ Daniel Malakauskas
                                                                 By: Daniel Malakauskas, of,
                                                                 MALAKAUSKAS LAW, APC,
                                                                 Attorney for Plaintiff